UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MATTHEW C., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:24-cv-04087-SLD-JEH |
| | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Before the Court is a Joint Stipulation to Remand to the Commissioner ("Joint Stipulation"), ECF No. 6. The parties jointly request that the Court reverse the Administrative Law Judge's ("ALJ") decision and remand the cause for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

The parties agree that the cause should be remanded to the Appeals Council who will remand to an ALJ for further proceedings. Joint Stipulation 1. The ALJ will "offer Plaintiff the opportunity for an additional hearing, proceed through the sequential disability evaluation process, and issue a new decision." *Id.* "If warranted, the ALJ will obtain supplemental vocational expert testimony." *Id.*

The Court finds the remand request appropriate and therefore GRANTS the Joint Stipulation. Accordingly, the Commissioner's decision in this matter is REVERSED, and the cause is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment and close the case.

2

Entered this 7th day of October, 2024.

                                                              s/ Sara Darrow
                                                SARA DARROW
                          CHIEF UNITED STATES DISTRICT JUDGE